# EXHIBIT C

Exhibit 112

**BETHESDA CARE**
**ENCOUNTER/PROGRESS NOTES**

Injury Date: 3-17-99
Claim #: _____

Patient Name: Rick Newman                             Date: 3-18-99
Company (if work related): Viox Services
Chief Complaint: Exposure to SO2 (fumes)

Previous injury or condition which contributes to claimant's present disability? ☐ No  ☐ Yes
If yes, describe: _____

BP: 120/88   P: 76   R: ___   Temp: 98.8   Allergies: NKDA
Currently under a doctor's care? ☒ No  ☐ Yes   Reason: _____
Current medications: NONE

HISTORY OF PRESENT ILLNESS: pt. states exposed to SO2 fumes on 3-17-99, now experiencing bad cough + congestion in chest, throat is now sore.

Initials: TG

PHYSICAL FINDINGS: S: as above
O: nasal passage swollen
post. pharynx → PND
neck supple, no adenopathy
lungs clear bilat [illegible]
heart RRR s murmur

DIAGNOSIS: chemical pneumonitis                    ☐ Continued on next page

**TREATMENT PLAN**                                   **INITIALS**

Medrol dose pack
NTW s restrictions
RTC 3-29-99

274                                                  NEW 0370

Physician Signature: _____   Date: 3-18-99

MS (Rev. 3/94)

☐ Bethesda Care Blue Ash
Phone: 791-4040

☐ Bethesda Care Norwood
Phone: 731-3399

☐ Bethesda Care Queensgate
Phone: 241-4135

☐ Bethesda Care Sharonville
Phone: 563-1505

☐ Bethesda Care Woodlawn
Phone: 771-1100

☐ Bethesda Warren County
Phone: 745-1435 or 932-6464

☐ Good Samaritan Occupational Health
Phone: 872-2875

**TriHealth**

## WORK/ACTIVITY RESTRICTION REPORT

Name: Rick Newman                    Date: 3-18-99
Company: Viox Services
Medical Condition Evaluated: Chemical pneumonitis

I have evaluated the above medical condition and find:

☑ This individual may return to work without restriction
   restriction today or on _____

☐ This individual may return to work with the following
   restrictions today or on _____

☐ Limited use of    right/left    hand/arm/leg
☐ Keep injured area clean, dry and covered
☐ No lifting or carrying over 20  40  60  80 lbs.
☐ No climbing stairs or ladders
☐ No stooping, bending, or crouching
☐ No operating moving equipment, parts, or machinery
☐ Standing limited to _____ hours at a time
☐ Other: _____
☐ Referred to specialist; may work with restrictions
   as determined above

Treatment of this individual included:

☐ Burn care 2° or 3°
☐ Fracture found by x-ray
☐ Physical therapy:
   Frequency: _____
☑ Prescription medication
☐ Removal of foreign body
☐ Wound closure:
   ☐ Steri-strips    ☐ Sutures

In: _____
Back: 13:25
Out: 13:55

*IF CANNOT MEET RESTRICTIONS, MUST BE OFF WORK. IF YOU HAVE ANY QUESTIONS REGARDING THESE WORK RESTRICTIONS OR A REFERRAL TO A SPECIALIST, PLEASE CONTACT THE TREATING FACILITY NOTED ABOVE.*

**THIS INDIVIDUAL IS UNABLE TO RETURN TO WORK:**

☐ Referred to specialist (see attached)
☐ Sent to hospital
☐ Off duty until seen again at Bethesda Care/Good Samaritan
Revisit scheduled for: 3-29-99 @ 8am

Supervisor contacted:  ☐ Yes   ☐ No
Name: _____

Next visit only if complications: _____

** CALL IF COMPLICATIONS OR QUESTIONS ARISE. **

☐ Discharge instructions given and understood

FAXED

275                                NEW 0374

Initials - Individual                    Initials - Staff
                                         Physician Signature