UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **RICK E. NEWMAN,** | : | Case No. C-1-01 0067 |
| | : | |
| Plaintiff, | : | Judge Herman J. Weber |
| | : | |
| v. | : | **NOTICE OF FILING DEPOSITION** |
| | : | **OF ROGER L. WABEKE** |
| **THE PROCTER & GAMBLE** | : | |
| **COMPANY, ET AL.,** | : | |
| | : | |
| Defendants. | : | |

_____

    Plaintiff Rick E. Newman hereby gives notice that he has filed the deposition of Roger L. Wabeke in the above-captioned matter.

                                        Respectfully submitted,

                                        ARNZEN & WENTZ, P.S.C.

                                        BY: s/ Mary K. Molloy
                                                 MARY K. MOLLOY (0003067)
                                                 MARK G. ARNZEN
                                                 BEVERLY R. STORM
                                                 600 Greenup Street
                                                 P.O. Box 472
                                                 Covington, Kentucky 41012-0472
                                                 Telephone: (859) 431-6100
                                                 E-mail: mmolloy@arnzenlaw.com

**CERTIFICATION OF SERVICE**

      I hereby certify that a copy of the above was mailed via U.S. mail, postage prepaid, this 9th day of September 2003 to the following:

John C. Scott, Esq.
Joe Mordino, Esq.
Faulkner & Tepe, LLP
2200 Fourth & Vine Street
5 West Fourth Street
Cincinnati, Ohio 45202

Scott R. Thomas, Esq.
Jeanette N. Dannenfelser, Esq.
Furnier & Thomas, LLP
One Financial Way
Suite 312
Cincinnati, Ohio 45242

                                                    s/ Mary K. Molloy