UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RICK E. NEWMAN, | : | Case No. 01-CV-67 |
| | : | |
| Plaintiff, | : | Judge Herman J. Weber |
| v. | : | |
| | : | DEFENDANT THE PROCTER & |
| THE PROCTER & GAMBLE | : | GAMBLE COMPANY'S MOTION |
| COMPANY, et al., | : | TO EXTEND DEADLINE FOR |
| | : | FILING ITS REPLY TO |
| Defendants. | : | PLAINTIFF'S MEMORANDUM |
| | : | OPPOSING SUMMARY |
| | : | JUDGMENT |

**NOW COMES** Defendant, The Procter & Gamble Company ("P&G"), and hereby moves this Court for an extension of the deadline to file its reply to Plaintiff Rick Newman's ("Plaintiff") memorandum opposing summary judgment. P&G requires additional time to file its response. A memorandum in support and proposed Order are attached.

           Respectfully submitted,

           */s/ Scott R. Thomas*
           Scott R. Thomas (0061040)
           Jeanette N. Dannenfelser (0069614)
           FURNIER & THOMAS, LLP
           One Financial Way, Suite 312
           Cincinnati, Ohio 45242
           (513) 745-0400
           Fax: (513) 792-6724

           Attorneys for Defendant/Cross-Claimant
           The Procter & Gamble Company

## MEMORANDUM

P&G filed its motion for summary judgment on Plaintiff's claims on August 15, 2003. Plaintiff filed his memorandum opposing P&G's motion on September 8, 2003. As this Court permits ten (10) days for P&G to file its reply to Plaintiff's memorandum, the current deadline is September 18, 2003. However, counsel for P&G requires additional time to prepare and file its reply, and therefore respectfully moves this Court to extend the deadline until September 25, 2003. A proposed Order is attached.

Respectfully submitted,

*/s/ Jeanette N. Dannenfelser*
Scott R. Thomas (0061040)
Jeanette N. Dannenfelser (0069614)
FURNIER & THOMAS, LLP
One Financial Way, Suite 312
Cincinnati, Ohio 45242
(513) 745-0400
Fax: (513) 792-6724

Attorneys for Defendant/Cross-Claimant
The Procter & Gamble Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via ordinary mail upon Mary K. Molloy, Esq., Mark K. Arnzen, Esq., and Beverly R. Storm, Esq., ARNZEN, PARRY & WENTZ, P.S.C., 600 Greenup Street, P.O. Box 472, Covington, Kentucky 41012-0472 and John C. Scott and Joseph T. Mordino, FAULKNER & TEPE, LLP, 2200 Fourth & Vine Tower, 5 West Fourth Street, Cincinnati, Ohio 45202, this 15th day of September, 2003.

_[signature]_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RICK E. NEWMAN, | : | Case No. 01-CV-67 |
| | : | |
| Plaintiff, | : | Judge Herman J. Weber |
| v. | : | |
| | : | ORDER EXTENDING DEADLINE |
| THE PROCTER & GAMBLE | : | FOR DEFENDANT P&G TO FILE |
| COMPANY, et al., | : | ITS REPLY TO PLAINTIFF'S |
| | : | MEMORANDUM OPPOSING |
| Defendants. | : | SUMMARY JUDGMENT |
| | : | |

This cause came to be heard upon motion of Defendant, P&G, for an extension of time to file its reply to Plaintiff's memorandum opposing summary judgment. Upon examination of this motion, and the record, this Court finds this motion to be **WELL-TAKEN.**

**THEREFORE,** it is hereby **ORDERED** that Defendant P&G's deadline to file its reply to Plaintiff's memorandum opposing summary judgment will be extended until September 25, 2003.

**IT IS SO ORDERED.**

_____                                        _____
Date                                                                                          Judge Herman J. Weber