IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NEWMAN,

    Plaintiff

v                                       Civil: C-1-01-67

P & G,

    Defendant

## ORDER

Defendant's Motion for Extension of Time (#94) is GRANTED. Defendant P&G shall file its reply to Plaintiff's memorandum opposing summary judgment on or before September 25, 2003.

**IT IS SO ORDERED.**

                                              **_____s/Herman J. Weber_____**
                                              **Herman J. Weber, Senior Judge**
                                              **United States District Court**