# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **RICK E. NEWMAN,** | : | Case No. C-1-01 0067 |
| **Plaintiff,** | : | Judge Herman J. Weber |
| v. | : | **AGREED ENTRY CONTINUING TRIAL DATE AND OTHER SCHEDULING DATE** |
| **THE PROCTER & GAMBLE COMPANY, ET AL.,** | : | |
| **Defendants.** | : | |

The Court recognizes that counsel for Plaintiff Rick E. Newman, Defendant The Procter & Gamble Company, and Defendant Mesa, Inc. all agree to continue the January 2004 trial date and the December 5, 2003 Proposed Joint Final Pretrial Order due date.

**IT IS THEREFORE ORDERED** that the January 2004 trial date is continued to April 2004, and the due date for the Proposed Joint Final Pretrial Order is continued to Friday, March 5, 2004.

Date:_____          __s/Herman J. Weber_____
                                    Judge Herman T. Weber
                                    United States District Court

AGREED:

s/ Mark K. Molloy
Mark K. Molloy
Mark G. Arnzen
Beverly R. Storm
Mark G. Arnzen
ARNZEN & WENTZ, P.S.C.
600 Greenup Street
P.O. Box 472
Covington, KY 41012-0472
Tel.: (859) 431-6100
Fax: (859) 431-3778

*Attorneys for Plaintiff Rick E. Newman*

s/ Scott R. Thomas per telephone authorization given to Aaron A. VanderLaan (0070194) on 12/2/03
Scott R. Thomas (0061040)
Jeanette N. Dannenfelser (0069614)
FURNIER & THOMAS, LLP
One Financial Way, Suite 312
Cincinnati, OH 45242
Tel.: (513) 745-0400
Fax: (513) 792-6274

*Attorneys for Defendant/Cross-Claimant The Procter & Gamble Company*

s/ John C. Scott per telephone authorization given to Aaron A. VanderLaan (0070194) on 12/2/03
John C. Scott (0029518)
Joseph T. Mordino (0065001)
FAULKNER & TEPE, LLP
2200 Fourth & Vine Tower
5 West Fourth Street
Cincinnati, OH 45202
Tel.: (513) 421-7500
Fax: (513) 421-7502

*Attorneys for Defendant Mesa, Inc.*