**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| RICK E. NEWMAN | : | CASE NO. C-1-01-0067 |
| Plaintiff | : | JUDGE HERMAN J. WEBER |
| -vs- | : | **NOTICE OF VIDEOTAPE DEPOSITION OF KENNETH A. BROWN, M.D.** |
| THE PROCTOR & GAMBLE COMPANY, et al. | : | |
| Defendants | : | |

\* \* \* \* \* \* \*

Please take notice Defendant, Mesa, Inc., through counsel, and pursuant to the Federal Rules of Civil Procedure, will take the videotape deposition of Kenneth A. Brown, M.D., in Burlington, Vermont, on March 31, 2004 at an agreed upon time and location to be determined, and continuing from day to day thereafter until completed. The deposition will be taken before a notary public for all purposes permitted by the Federal Rules of Civil Procedure.

s/ Joseph T. Mordino
JOHN C. SCOTT, #0029518
JOSEPH T. MORDINO, #0065001
Attorneys for Defendant, Mesa, Inc.
FAULKNER & TEPE, LLP
2200 Fourth & Vine Tower
Cincinnati, Ohio 45202
(513) 421-7500

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been served upon Beverly R. Storm, 600 Greenup Street, P.O. Box 472, Covington, KY 41012-0472 and Jeanette N. Dannenfelser, One Financial Way, Suite 312, Cincinnati, Ohio 45242, by regular U.S. Mail this 12th day of January 2004.

                                       s/ Joseph T. Mordino
                                       JOSEPH T. MORDINO