IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NEWMAN,
        Plaintiff

v                                    Civil C-1-01-67

P&G,

        Defendant.

## ORDER

Parties are advised that Trial in the above styled case is RESCHEDULED to the July 2004 trial term.  Counsel shall file their Joint Pretrial Order on or before June 5, 2004.

Counsel shall also file a Joint Status Report 30 days from the date of this Order.

**IT IS SO ORDERED.**

                                              **_____s/Herman J. Weber_____**
                                              Herman J. Weber, Senior Judge
                                              United States District Court

*Rev.5/01*

Case 1:01-cv-00067-HJW     Document 102     Filed 03/02/2004     Page 2 of 2