UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **RICK E. NEWMAN,** | : | Case No. C-1-01-0067 |
| | : | |
| Plaintiff, | : | Judge Herman J. Weber |
| | : | |
| v. | : | JOINT STATUS REPORT |
| | : | |
| **THE PROCTER & GAMBLE COMPANY, ET AL.,** | : | |
| | : | |
| Defendants. | : | |

_____

Pursuant to the Court's request for a Joint Status Report to be filed 30 days after the March 2, 2004 order continuing the trial of this action to the July 2004 trial term, counsel for Plaintiff Rick E. Newman, Defendant The Procter & Gamble Company, and Defendant Mesa, Inc. advise the Court that another mediation session is scheduled for Monday, April 12, 2004.

The parties agree to provide the Court with a supplemental report after this mediation session is concluded.

Respectfully submitted:

| | |
|---|---|
| s/ Mary K. Molloy | s/ Jeanette Dannenefelser per telephone authorization given to Aaron A. VanderLaan (0070194) on 3/29/04 |
| Mary K. Molloy | |
| Mark G. Arnzen | Scott R. Thomas (0061040) |
| Beverly R. Storm | Jeanette N. Dannenfelser (0069614) |
| ARNZEN & WENTZ, P.S.C. | FURNIER & THOMAS, LLP |
| 600 Greenup Street | One Financial Way, Suite 312 |
| P.O. Box 472 | Cincinnati, OH 45242 |
| Covington, KY 41012-0472 | Tel.: (513) 745-0400 |
| Tel.: (859) 431-6100 | Fax: (513) 792-6274 |
| Fax: (859) 431-3778 | |
| | |
| *Attorneys for Plaintiff Rick E. Newman* | *Attorneys for Defendant/Cross-Claimant The Procter & Gamble Company* |

<u>s/ Joseph T. Mordino per e-mail authorization given to Aaron A. VanderLaan (0070194) on 3/29/04</u>
John C. Scott (0029518)
Joseph T. Mordino (0065001)
FAULKNER & TEPE, LLP
2200 Fourth & Vine Tower
5 West Fourth Street
Cincinnati, OH 45202
Tel.: (513) 421-7500
Fax: (513) 421-7502

*Attorneys for Defendant Mesa, Inc.*

## **CERTIFICATION OF SERVICE**

      I hereby certify that a copy of the above was mailed via U.S. mail, postage prepaid, this 29th day of March 2004 to the following:

John C. Scott, Esq.
Joe Mordino, Esq.
FAULKNER & TEPE, LLP
2200 Fourth & Vine Street
5 West Fourth Street
Cincinnati, Ohio 45202

Scott R. Thomas, Esq.
Jeanette N. Dannenfelser, Esq.
FURNIER & THOMAS, LLP
One Financial Way
Suite 312
Cincinnati, Ohio 45242


                                             <u>s/ Aaron A. VanderLaan</u>