**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| RICK E. NEWMAN | : | CASE NO. C-1-01-0067 |
| Plaintiff | : | JUDGE HERMAN J. WEBER |
| -vs- | : | **JOINT MOTION TO CONTINUE THE TRIAL DATE** |
| THE PROCTOR & GAMBLE COMPANY, et al. | : | |
| | : | |
| Defendants | | |

\* \* \* \* \* \* \*

Now comes Plaintiff, Rick E. Newman, and Defendant, Mesa, Inc., and respectfully moves this Court for an Order continuing the trial date until September 8, 2004.

The Parties herein are engaged in an ongoing mediation process which includes the mediation of the Plaintiff's claims, as well as the claims between the Defendants. Defendant, The Proctor and Gamble Company does not oppose this continuance.

WHEREFORE, the Plaintiff and Defendant Mesa respectfully move this Court for an Order extending the trial date until September 8, 2004.

/s/ Beverly Storm_____
BEVERLY R. STORM
Attorney for Plaintiff
128 East Second Street
P.O. Box 472
Covington, KY 41012
(859) 431-6100


/s/ Joseph T. Mordino_____
JOSEPH T. MORDINO, #0065001
Attorney for Defendant, Mesa, Inc.
FAULKNER & TEPE, LLP
2200 Fourth & Vine Tower
Cincinnati, Ohio 45202
(513) 421-7500

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Beverly R. Storm, 600 Greenup Street, P.O. Box 472, Covington, KY 41012-0472 and Scott R. Thomas, One Financial Way, Suite 312, Cincinnati, Ohio 45242.

/s/ Joseph T. Mordino_____
JOSEPH T. MORDINO