**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| RICK E. NEWMAN | : | CASE NO. C-1-01-0067 |
| Plaintiff | : | JUDGE HERMAN J. WEBER |
| -vs- | : | **ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE** |
| THE PROCTOR & GAMBLE COMPANY, et al. | : | |
| | : | |
| Defendants | | |

\* \* \* \* \* \* \*

This cause came to be heard upon a Joint Motion by the Plaintiff and Defendant, Mesa, Inc., (doc. no.104) to continue the trial date until September 2004 because the Parties are engaged in an ongoing mediation process including the mediation of the Plaintiff's claims, as well as the claims between the Defendants.

**IT IS THEREFORE ORDERED** that the trial date is continued until September 2004 trial term.  Counsel shall file a Joint Pretrial Order by August 5, 2004.

  4/30/04                             s/Herman J. Weber                       
DATE                                 JUDGE HERMAN J. WEBER