# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| RICK E. NEWMAN | : | CASE NO. C-1-01-0067 |
| Plaintiff | : | JUDGE HERMAN J. WEBER |
| -vs- | : | **AMENDED NOTICE OF VIDEOTAPE DEPOSITION OF PRAKASH GOYAL, M.D.** |
| THE PROCTOR & GAMBLE COMPANY, et al. | : | |
| | : | |
| Defendants | | |

\* \* \* \* \* \* \*

Please take notice Defendant, Mesa, Inc., through counsel, and pursuant to the Federal Rules of Civil Procedure, will take the videotape deposition of Prakash Goyal, M.D., at 10192 Springfield Pike, Cincinnati, Ohio 45215, on August 11, 2004 at 3:30 p.m., and continuing from day to day thereafter until completed. The deposition will be taken before a notary public for all purposes permitted by the Federal Rules of Civil Procedure.

/s/ JOSEPH T. MORDINO_____
JOHN C. SCOTT, #0029518
JOSEPH T. MORDINO, #0065001
Attorneys for Defendant, Mesa, Inc.
FAULKNER & TEPE, LLP
2200 Fourth & Vine Tower
Cincinnati, Ohio 45202
(513) 421-7500

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 10, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Beverly R. Storm, 600 Greenup Street, P.O. Box 472, Covington, KY 41012-0472 and Scott R. Thomas, One Financial Way, Suite 312, Cincinnati, Ohio 45242.

                                        /s/ JOSEPH T. MORDINO_____
                                        JOSEPH T. MORDINO