```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

RICK E. NEWMAN,

    Plaintiff

    v.                                  C-1-01-67

PROCTOR & GAMBLE CO., et al

    Defendant

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled as to all claims;

**IT IS ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

                                              _____s/Herman J. Weber_____

                                              Herman J. Weber, Senior Judge

                                              United States District Court