**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RICK E. NEWMAN<br>110-1 Creekside<br>Wilder, KY 41071 | : | CASE NO. C-1-01 0067 |
| | : | JUDGE HERMAN J. WEBER |
| Plaintiff | : | **ENTRY OF DISMISSAL** |
| -vs- | : | |
| THE PROCTER & GAMBLE COMPANY<br>1 Procter & Gamble Plaza<br>Cincinnati, Ohio 45202 | :<br><br>: | |
| And | : | |
| MESA, INC.<br>139 W. Tate Street, Suite No. 6<br>Lawrenceburg, IN 47025 | :<br><br>: | |
| Defendants | : | |

**ORDER**

The within cause having been fully compromised, paid and settled, Plaintiff's Complaint against Procter & Gamble Company and Mesa, Inc. may be and the same is hereby dismissed with prejudice to all future filing, without record at the cost of Mesa, Inc.

_____
JUDGE HERMAN J. WEBER

/s/ Jeanette Dannenfelser, per auth. 9/15/04
SCOTT R. THOMAS, #0061040
JEANETTE DANNENFELSER
Attorneys for Defendant, The Proctor &
Gamble Company
One Financial Way, Suite 312
Cincinnati, Ohio 45242
(513) 792-6721

/s/ Joseph T. Mordino
JOHN C. SCOTT, #0029518
JOSEPH T. MORDINO #0065001
Attorneys for Defendant, Mesa, Inc.
FAULKNER & TEPE, LLP
2200 Fourth & Vine Tower
Cincinnati, Ohio 45202
(513) 421-7500

/s/ Beverly R. Storm, per auth. 8/13/04
BEVERLY R. STORM
MARK ARNZEN
Attorneys for Plaintiff
128 East Second Street
P.O. Box 472